# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-3768
_____

DUANE EDWARD HOLMES,

Appellant,

v.

LISA ELIZABETH HOLMES,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Terry D. Terrell, Judge.


December 7, 2023

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

H. E. Ellis Jr. of Staples, Ellis + Associates, P.A., Pensacola; Nicole Kessler Ferry of Ferry & Ferry, P.A., Pensacola, for Appellant.

Lisa Elizabeth Holmes, pro se, Appellee.